

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00009-CV

Glenn A. Ralston and Dorothy A. Ralston
v.
White Oak Resources VI, LLC

On Appeal from the
135th District Court of Goliad County, Texas
Trial Court Cause No. 18-11-0786-CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

October 1, 2020